UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN, | No. 2:19-cv-1324 JAM KJN P |
| Plaintiff, | ORDER |
| v. | |
| J. LINK, | |
| Defendant. | |

Plaintiff appears pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. On November 20, 2019, plaintiff filed a motion to file a supplemental complaint. However, on November 7, 2019, this matter was stayed pending resolution of the ADR pilot project. Therefore, plaintiff's motion is denied without prejudice to its renewal, if appropriate, once the stay is lifted. No filings are permitted by any party unless requested by the court until the stay of this action is lifted.

In addition, plaintiff filed a declaration on November 21, 2019. Plaintiff is advised that he is not required to submit evidence until a dispositive motion is filed or as required for pretrial or trial proceedings. Plaintiff should refrain from filing such evidence until required to do so.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 28) is denied without prejudice; and

////

1

2.  The declaration (ECF No. 29) is retained in the court file but disregarded.

Dated:  December 3, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gree1324.den