UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VENCIL GREEN,

          Plaintiff,

   v.

J. LINK,

          Defendant.

No. 2:19-cv-1324 JAM KJN P

ORDER

Plaintiff is a state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's second amended complaint (ECF No. 17) based on plaintiff's retaliation claims against defendant Link. (See ECF No. 19.)

On February 26, 2020, plaintiff filed a motion for leave to amend his complaint. However, plaintiff's motion was not accompanied by a proposed third amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed third amended complaint, the court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 37) is denied without prejudice.

Dated: March 9, 2020

gree1324.10b

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE