UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN, | No. 2:19-cv-1324 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. LINK, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. This action proceeds on plaintiff's retaliation claims against defendant Link. (ECF No. 19.) On April 22, 2020, a declaration by nonparty Carlos R. Aguirre was filed in this action. Mr. Aguirre and plaintiff did not include a motion, or a cover letter explaining why the declaration was submitted in this action. There is no pending motion for which a declaration should be submitted.

Plaintiff is advised that nonparties are not permitted to file documents in a pending case. If plaintiff submitted the declaration on Mr. Aguirre's behalf, and intended the declaration to be submitted as evidence in this case, plaintiff is advised that the court is not a repository for evidence. Plaintiff should not submit evidence to the court unless and until a dispositive motion requires the submission of such evidence, or at trial. No dispositive motion has yet been filed. Therefore, the declaration is retained in the file but is disregarded.

1   Accordingly, IT IS HEREBY ORDERED that the declaration by nonparty and inmate Carlos R. Aguirre (ECF No. 41) is disregarded.

Dated: April 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1324.disr