UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. LINK,<br><br>　　　　　Defendant. | No.  2:19-cv-1324 JAM KJN P<br><br>ORDER |

　　　　Plaintiff appears pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  On May 14, 2020, plaintiff filed a motion to order defendants to provide him access to legal copies that maintain their confidentiality for filing with the court.  Plaintiff is advised that all court filings are matters of public record and therefore are not confidential.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 43) is denied without prejudice. [1]

Dated:  May 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1324.conf

---

[1] Plaintiff does not explain why Mule Creek State Prison implemented the new policy.  Thus, it is unclear whether the policy is temporary due to the COVID-19 pandemic, or was implemented to assist inmates in obtaining copies while their access to the law library is constrained by the pandemic.  The denial of plaintiff's request is without prejudice to renewal upon a proper showing.

1