UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN,<br><br>            Plaintiff,<br><br>     v.<br><br>J. LINK,<br><br>            Defendant. | No.  2:19-cv-1324 JAM KJN P<br><br>ORDER |

Plaintiff appears pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  On September 2, 2020, the undersigned deferred consideration of plaintiff's July 30, 2020 motion for summary judgment, and granted defendants an extension of time to file an opposition.  However, since that order issued, plaintiff has filed two requests for judicial notice in conjunction with his motion.

Local Rule 230(l) contemplates the filing of a motion, an opposition, and a reply.  Id. Plaintiff is advised that he is not permitted to file supportive documents long after he filed his motion.  If plaintiff's motion was prematurely filed, he may withdraw the motion and resubmit it, complete with all briefing and requests for judicial notice in support thereof, any time prior to the expiration of the dispositive motions deadline of March 9, 2021.  Because plaintiff's requests were not submitted along with his motion for summary judgment, his requests are denied without prejudice.  Plaintiff is advised that his motion for summary judgment must be complete and

1

1  submitted together.  If plaintiff continues to submit documents in support of his motion for
2  summary judgment, the court may, *sua sponte*, dismiss the motion without prejudice and require
3  plaintiff to file one motion that contains all of his arguments and documents in support thereof.
4      Accordingly, IT IS HEREBY ORDERED that plaintiff's requests (ECF Nos. 65, 66) are
5  denied without prejudice.
6  Dated:  September 29, 2020

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1324.rjn