IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENCIL GREEN,** | Case No. 2:19-cv-1324 JAM KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **J. LINK,** | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel. The Court has read and considered the defendant's second motion to modify the discovery and scheduling order. Plaintiff did not file an opposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion (ECF No. 70) is granted.

2. Defendant shall depose plaintiff on or before January 30, 2021.

3. On or before March 1, 2021, defendant shall file an opposition to plaintiff's motion for summary judgment (ECF No. 54), or cross-motion for summary judgment.

Dated: January 6, 2021

/gree1324.eot2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE