IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENCIL GREEN,**<br><br>Plaintiff,<br><br>v.<br><br>**J. LINK,**<br><br>Defendant. | Case No. 2:19-cv-01324 JAM KJN P<br><br>**[PROPOSED] ORDER AND REVISED SCHEDULING ORDER** |

    Plaintiff is a state prisoner, proceeding without counsel.  Defendant has again moved to extend the discovery and pretrial motions deadlines.  Because plaintiff's housing unit was placed on COVID-19 quarantine, defendant was unable to take plaintiff's deposition as originally noticed, but counsel was granted the first available date post-quarantine, February 15, 2021, which falls beyond the current discovery deadline.

    "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"

Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

The court has read and considered the defendant's motion to modify the discovery and scheduling order. Good cause appearing, the court grants the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify (ECF No. 72) is granted;

2. Defendant shall have until March 1, 2021, to depose plaintiff;

3. The pretrial motions deadline is extended to March 31, 2021.

Dated: February 5, 2021

/cw/gree1324.41r2

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE