IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VENCIL GREEN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. LINK,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-1324 JAM KJN P<br><br>**[PROPOSED]** **ORDER AND REVISED SCHEDULING ORDER** |

　　　Plaintiff is a state prisoner, proceeding without counsel. This action proceeds on plaintiff's claim that defendant Link retaliated against plaintiff in violation of the First Amendment. Defendant seeks modification of the court's pretrial motion deadline in light of the recent substitution of counsel for defendant, and in order to complete settlement negotiations with plaintiff.[1] Defendant seeks to extend the pretrial motions deadline for sixty days, until May 30, 2021.

　　　"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

---

[1] A settlement conference is presently set in Vencil Green v. Pasioles, Case No. 2:20-cv-0534 JAM JDP P (E.D. Cal.), on April 15, 2021, at 9:00 a.m., before the undersigned.

1  quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good
2  cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).
3      The undersigned has read and considered defendant's motion to modify the discovery and
4  scheduling order.  Good cause appearing, the motion is granted.  Because May 30, 2021, falls on
5  a Sunday, and May 31, 2021, is a holiday, the deadline is extended to June 1, 2021.
6      Defendant is cautioned that the court is not inclined to grant further modifications.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1.   Defendant's motion to modify (ECF No. 75) is granted; and
9      2.   Defendant shall have until June 1, 2021, to file an opposition to plaintiff's motion for
10  summary judgment (ECF No. 54), or cross-motion for summary judgment.
11  Dated:  April 1, 2021

13  /gree1324.16b2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE